IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN SOLIS, SR., and LUZ ELENA SOLIS,
and CECILIA ARBALLO and John Solis, Sr.,
as next friend of CHRISTIAN SOLIS, a minor and
John Solis, Sr., as next friend of LUIS A SOLIS, a Minor,

Plaintiffs,

vs.                                                                 Cause No. 1:10-cv-00952

MEILLENUR GILLES, and
2951291 CANADA, INC., d/b/a
TRANSPORT RAYMOND HUDON and
ZURICH AMERICAN INSURANCE COMPANY,

Defendants.

## STIPULATED ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE

THIS MATTER having come before the Court on Defendant Zurich American Insurance Company, and Plaintiffs' Stipulated Motion to Dismiss Plaintiffs' Claims with Prejudice, the Court having considered the Motion and being otherwise fully advised of the premises, finds that:

Defendant Zurich American Insurance Company and Plaintiffs' Stipulated Motion to Dismiss Plaintiffs' Claims with Prejudice, is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against Defendants Meillenur Gilles, Zurich American Insurance Company, and 2951291 Canada Inc. d/b/a Transport Raymond Hudon, be and hereby is dismissed with prejudice.

_____
JUDGE JAMES A. PARKER

Electronically Filed by:

ALLEN, SHEPHERD, LEWIS, SYRA
   & CHAPMAN, P.A.


\s\ Tami L. Keating, Attorney at Law
Donna L. Chapman
Tami L. Keating
P.O. Box 94750
Albuquerque, NM  87199-4750
505-341-0110



McLARTY & CONAWAY, LLC


 Via Approval in Person 10/07/11
Thomas McLarty, Esq.
4105 Montgomery Blvd. NE
Albuquerque, NM  87109
(505) 244-2230